IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC. and ONYX PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 21-997 (LPS) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals, Inc. and Onyx Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL"), hereby stipulate and agree that Plaintiffs' action against DRL, including all claims and defenses asserted by Plaintiffs against DRL and all claims and defenses asserted by DRL against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Derek J. Fahnestock* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiffs Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and Onyx Pharmaceuticals, Inc.* | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

November 18, 2021

SO ORDERED this _____ day of November, 2021.

_____
United States District Judge